IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WYATT LOPEZ,<br><br>    Defendant. | 8:16CR347<br><br>**AMENDED ORDER** |

  The defendant appeared before the Court on September 27, 2022 regarding Motion to Review Detention and Request for a Hearing [98]. Richard McWilliams represented the defendant. Donald Kleine represented the government.

  The Court, being fully advised in the premises, and the motion being unopposed, finds that the Motion to Review Detention and Request for a Hearing [98] should be granted. The defendant shall be released on September 30, 2022 on the current terms and conditions of supervision with the addition of electronic monitoring by radio frequency, being restricted to his residence every day from 22:00 to 06:00 and being ordered to obtain a substance abuse treatment evaluation within 30 days and follow any recommendations.

  The defendant is ordered to be transported by the United States Marshals from Douglas County Corrections to the Roman Hruska Courthouse on September 30, 2022 by 9:00 a.m. to be released after processing to a probation officer who will install and provide the electronic monitoring equipment to the defendant.

  Dated this 28th day of September, 2022.

                    BY THE COURT:

                    s/ Susan M. Bazis
                    United States Magistrate Judge